NUMBERS

 13-05-634-CV 

 13-06-005-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

___________________________________________________________________

 

JERRY BAROS, ET AL.,                                           Appellants,

 

                                           v.

 

WEIL
McLAIN,                                                          Appellee.

___________________________________________________________________

 

                 On appeal from the 319th
 District Court

                           of Nueces
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellants, JERRY BAROS, ET AL., perfected an appeal from a judgment entered by
the 319th District Court of Nueces County,
Texas, in cause number 98-06468-G.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal as to appellee, WEIL
McLAIN.  Appellants request that this
Court dismiss their appeal against appellee, WEIL McLAIN. Appellants= appeal against appellee, WEIL McLAIN, is severed from the original appeal and is
docketed under cause number 13-06-005-CV.

Having considered
appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The motion to dismiss
appellants= appeal against appellee, WEIL McLAIN, is hereby granted.  The appeal against appellee, WEIL
McLAIN, in cause number 13-06-005-CV is ordered DISMISSED.  The remaining issues in the appeal will
remain docketed under cause number 13-05-634-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 19th day of
January, 2006.